# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARCHON GAMING CORPORATION,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA, IN
AND FOR THE COUNTY OF CLARK; AND
THE HONORABLE JAMES CROCKETT,
DISTRICT JUDGE,
Respondents,
and
THE DEPARTMENT OF
ADMINISTRATION APPEALS OFFICE,
AN AGENCY OF THE STATE OF
NEVADA; SIERRA NEVADA
ADMINISTRATORS; AND JAMES KELLY,
Real Parties in Interest.

No. 72658

FILED

MAY 10 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT RELIEF*

This original petition for a writ of certiorari, mandamus, or prohibition challenges a district court order denying a motion to dismiss and statistically close a workers' compensation petition for judicial review.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d

17-15659

840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:     Hon. James Crockett, District Judge
        Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
        Alan R. Johns
        Eighth District Court Clerk